AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

NADINE DARI

*Plaintiff(s)*

v.

THE CITY OF NEW YORK, WING F. CHAN, ANTHONY SICA, JOSEPH ANTONIO, ANGELICA AMAYA, MARCIN STECKIEWICZ, MARIA O. LANDY, ERIK J. GREEN,JOHN DOES.,

*Defendant(s)*

Civil Action No. 26-cv-4483

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SEE ATTACHED RIDER.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tahanie A. Aboushi, Esq
1441 Broadway, 5th Floor
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/27/2026

Shirley Mora
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-cv-4483

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**SUMMONS RIDER**

1. **THE CITY OF NEW YORK**

   100 Church Street

   New York, NY 10007

2. **WING F. CHAN (Shield No. 3168)**

   66th Precinct

   5822 16th Ave, Brooklyn, NY 11204

3. **ANTHONY R. SICA Shield No. 1073, NYPD; Tax Registration No. 943815)**

   115th Precinct

   Northern Blvd, Queens, NY 11372

4. **JOSEPH ANTONIO (NYPD Tax Registration No. 939815**

   61st Precinct

   2575 Coney Island Ave, Brooklyn, NY 11223

5. **ANGELICA AMAYA (NYPD Tax Registration No. 937978)**

   Strategic Response Group 4 Queens

   137-58 Northern Blvd, Flushing, NY 11354

6. **MARIA O. LANDY (Shield No. 16018, NYPD Tax Registration No.947153)**

   Strategic Response Group 3 Brooklyn

   397 Coney Island Ave, Brooklyn, NY 11218

7. **MARCIN STECKIEWICZ (NYPD Tax Registration No. 955529)**

   Strategic Response Group Crowd Management Unit

   524 W 42nd St, New York, NY 10036

8. **ERIK J. GREEN (Shield No. 2380, NYPD Registration No. 936697)**

Strategic Response Group Crowd Management Unit

524 W 42nd St, New York, NY 10036