**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**MARY K. SHERWOOD**
*Assistant Corporation Counsel*
msherwoo@law.nyc.gov
Phone: (212) 356-2425
Fax: (212) 356-1148

October 5, 2025

**By ECF**
The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Nadine Dari v. City of New York, et al.
26-CV-4483 (NRM) (RML)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for the City of New York in the above-referenced matter. The City writes to respectfully request that the Court extend its time to answer, move, or otherwise respond to the complaint, ECF No. 1, by sixty (60) days, from October 6, 2026 to December 4, 2026. This is the City's first request for an extension of time. Plaintiff consents to this request.

By way of background, Nadine Dari (hereinafter "Plaintiff") bring this action against the City of New York, Wing F. Chan, Anthony Sica, Joseph Antonio, Angelica Amaya, Marcin Steckiewicz, Maria O Landy, Erik J Green, and Officer John Does, pursuant to 42 U.S.C. §§ 1983, the New York City Administrative Code §§ 8-801, et seq., and violations of New York State common law and the New York State Constitution.[1] ECF No. 9. Plaintiff alleges that, on April 27, 2025, Officer Chan, Officer Antonio, and John Doe officers dragged her into the street, punched her multiple times, and shoved her during a protest at the intersection of Ocean Parkway and Avenue U in Brooklyn. ECF No. 9, ¶¶ 29–40. She further alleges that she suffered a concussion and other injuries as a result of the incident. ECF No. 9, ¶¶ 41–51. She was ultimately given a desk appearance ticket. ECF No. 9, ¶ 47. The Amended Complaint was filed on September 22, 2026. ECF No. 9.

This extension is sought because, in order to respond to Plaintiff's allegations, and in accordance with its obligations under Rule 11 of the Federal Rules of Civil Procedure, the City needs to obtain records of the underlying incident and any subsequent investigation. In order to

[1] As of the time of this submission, the individual defendants, upon information and belief, have not been yet been served.

obtain those records, the City required an unsealing release, which was received from Plaintiff yesterday.

Therefore, the City respectfully requests an extension, to answer, move, or otherwise respond to the complaint, ECF No. 1, by sixty (60) days, from October 6, 2026 to December 4, 2026.

Thank you for your consideration herein.

Respectfully submitted,

Mary K. Sherwood

Mary K. Sherwood
*Assistant Corporation Counsel*
Special Federal Litigation

cc: All Counsel of Record (Via ECF)