UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

NADINE DARI,

Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

Defendants.

---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

No. 26-CV-04483 (NRM) (RML)

PLEASE TAKE NOTICE that **ZOE RESZYTNIAK**, Assistant Corporation Counsel, appears herein as attorney of record for Defendants City of New York, Amaya, Steckiewicz, and Chan on behalf of Steven Banks, Corporation Counsel of the City of New York.

Dated: New York, New York
November 17, 2026

**STEVEN BANKS**
Corporation Counsel
of the City of New York
*Attorney for Defendants City, Amaya, Steckiewicz, and Chan*
100 Church Street
New York, New York 10007
(212) 356-2547

Respectfully submitted,

/s/ Zoe Reszytniak

Zoe Reszytniak
*Assistant Corporation Counsel*

**CC:** **VIA ECF**
Counsel of Record