**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2547
fax: (212) 356-3509
zreszytn@law.nyc.gov

November 19, 2026

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Dari v. City of New York, et al.
No. 26-CV-04483 (NRM) (RML)

Your Honor:

I am an Assistant Corporation Counsel in the New York City Law Department assigned to the representation of Defendants City of New York ("City"), Amaya, Steckiewicz and Chan in the above-referenced matter. Defendants Amaya, Steckiewicz and Chan respectfully request that their deadline to answer or otherwise respond to the Amended Complaint is extended to December 4, 2026, *nunc pro tunc*, to correspond with the City's responsive deadline; and this Office respectfully requests that the Court *sua sponte* extend the deadline for Defendants Green, Sica, Antonio and Landy to that same date. This is the first such request. Plaintiff's position is as follows:

> We consent based upon your representation although we disagree that the court granting relief on a motion is in any sense 'sua sponte,' given that your office may take actions under the law to prevent a default acting as counsel in that limited capacity pending a representation decision.

By way of background, on July 24, 2026, Plaintiff initiated this action alleging violations to her constitutional rights following her participation in a protest on April 27, 2025 against the City, seven identified members of the New York City Police Department ("NYPD")– specifically defendants Amaya, Antonio, Chan, Green, Landy, Sica, Steckiewicz, and three "John Doe" individuals purportedly employed by the NYPD. (See ECF No. 1). The City was the sole Defendant served with the Complaint on September 1, 2026. (See ECF No. 7). On September 22, 2026, the First Amended Complaint was filed. (See ECF No. 9). On October 6, 2026, the City requested an extension of time to answer or otherwise respond to the Amended Complaint to December 4, 2026. (See ECF No. 11). This request was not made on behalf of any individual

Defendants because at that time, none had been served in this action. (See id.). The Court granted this request. (See October 8, 2026 Docket Entry).

Thereafter, the City and all named individual Defendants were served with the Amended Complaint between October 14, 2026 and October 16, 2026. (See ECF Nos. 17 and 18). As the request to extend the responsive deadline to the Amended Complaint was not made on behalf of the individual Defendants, their responses were due on November 5, 2026 and November 6, 2026, respectively. The undersigned was assigned to this matter the week of November 9, 2026, after the above-referenced deadlines elapsed and was initially under the impression the extension granted was applicable to all Defendants this Office ultimately represents. However, upon further review it became evident that the request was made solely for the City.

The instant request for a *nunc pro tunc* extension for Defendants Amaya, Steckiewicz, Chans' deadline to answer or otherwise the Amended Complaint to align with that of the City's deadline will allow this Office to file one response on behalf of all Defendants it represents, as opposed to filing piecemeal responses. The request for the Court to *sua sponte* extend the responsive deadline for the four individual Defendants this Office is still in the process of making representation decisions for – Green, Sica, Antonio and Landy – is premised on the same reasoning. The extension requests will also afford the undersigned, who was recently assigned to this matter, the additional time needed to finalize the investigation into this matter and receive the necessary outstanding documents required to furnish an intelligent response to the Amended Complaint on the timeline already in effect for the City.

Accordingly, Defendants Amaya, Steckiewicz and Chan respectfully request that their deadline to answer or otherwise respond to the Amended Complaint is extended to December 4, 2026, *nunc pro tunc*, to correspond with the City's responsive deadline; and this Office respectfully requests that the Court *sua sponte* extend the deadline for Defendants Green, Sica, Antonio and Landy to that same date.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zoe Reszytniak*

Zoe Reszytniak
*Assistant Corporation Counsel*
Special Federal Litigation Division

**CC:** **VIA ECF**
Counsel of Record